UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HOPE RENEWED, et al.,

      Plaintiffs,

      v.

BAC HOME LOANS SERVICING, LP, et al.,

      Defendants.
_____/

No. C 11-1324 PJH

**JUDGMENT**

      This action came before the court and the issues having been duly heard and the court having granted defendants' motion to dismiss for lack of subject matter jurisdiction,

      it is Ordered and Adjudged

      that the complaint is dismissed with prejudice.

      IT IS SO ORDERED.

Dated: February 8, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge